PROB 12A
(EDNY 7/09)

PACTS#32023

**United States District Court**

**for the**

**Eastern District of New York**

**Report on Offender Under Supervision**

**FILED**

IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ OCT 20 2010 ★

BROOKLYN OFFICE

Case Number: **0207 1:01CR00056-010**

Name of Offender:  **Joseph Anthony Petillo**

Name of Sentencing Judicial Officer:     Honorable Reena  Raggi
Re-assigned on 11/7/2002
Honorable Carol B. Amon

Date of Original Sentence:    6/21/2002

Original Offense:   RICO - RACKETEERING - EXTORTION -

Original Sentence:    Imprisonment - 120 M
Supervised Release - 36 M
Probation - 0

Type of Supervision:    TSR          Date Supervision Commenced:    10/16/2009

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1. | New Criminal Conduct-Assault 3rd degree (Class A Misdeanor) |
| 2. | New Criminal Conduct-Harassment 2nd degree (Violation) |

<u>U.S. Probation Officer Action:</u>

On October 12, 2010, our office received an arrest notification indicating that on October 11, 2010, the offender was arrested by members of the New York City Police Department ("NYPD") and charged with Assault-3rd degree, in violation of New York Penal Law ("NYSPL") 120.00 (Class A Misdemeanor), and Harassment-2nd degree, in violation of NYSPL 240.26, (a Violation).

The offender promptly reported the arrest on October 12, 2010, and informed the undersigned officer that he had an altercation with his daughter's mother, Diana Figueroa. Specifically, the offender alleged that when dropping off their daughter from a day trip, Ms. Figueroa became verbally abusive and assaulted the offender's girlfriend, who was also present. The offender separated the two and eventually left the area. He later learned that Ms. Figueroa filed the aforementioned charges, claiming that it was the offender who assaulted her.

Upon learning of this, the offender promptly surrendered to the NYPD 107th precinct, where he was arrested and subsequently released on $750 cash bail. A temporary order of protection was ordered, and the next scheduled court date is on November 10, 2010.

Prior to this incident, the offender was in full compliance with the conditions of supervised release. Specifically, he has reported as directed, and remained drug free. The offender has been employed full-time as a construction supervisor, which the undersigned officer has successfully verified via review of his pay stubs and random, on-site inspections.

Our investigation into this matter remains ongoing, as we are attempting to interview the arresting officer, witnesses, and obtain all relevant Court documents. Therefore, we respectfully request that no action be taken at this time until our investigation is complete and there is a local disposition. If agreeable to the Court, once our investigation is complete, we will advise Your Honor with an appropriate recommendation.

Respectfully submitted,

by

Richard Azarian
U.S. Probation Officer
Date: October 12, 2010

Approved: _RCA for!_

_Joseph Franco_
Joseph Franco, SUSPO

---

*Please indicate the Court's response below and return to the U.S. Probation Officer*

[✓]   The Court concurs.
[ ]   The Court does not concur.
[ ]   Submit a Request for Modifying the Condition or Term of Supervision.
[ ]   Submit a Request for Warrant or Summons.
[ ]   Other

s/Carol Bagley Amon

Signature of Judicial Officer

10-14-10

Date