# LAW OFFICES OF SCOTT E. LEEMON, P.C.
**TWO GRAND CENTRAL TOWER**
**140 East 45th Street, 18th Floor**
**New York, New York 10017**

(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

January 23, 2012

Honorable Carol Bagley Amon
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:  **_United States v. Joseph Petillo_**
        01 CR 56 (CBA)

Dear Chief Judge Amon:

    I write with the consent of the Government, to respectfully request that Mr. Petillo's Supervision in connection with the above referenced matter be transferred to the Honorable Frederic Block, pursuant to Local Rule 50.3.2(e), as it will save significant judicial resources and is in the interest of justice.  By way of background, Mr. Petillo's case was originally assigned to the Honorable Reena Raggi and was reassigned to Your Honor when she was elevated to the Court of Appeals.

    Mr. Petillo was arrested in October 2011 and charged with a conspiracy to commit loansharking.   He was subsequently indicted for the crime in a case assigned to Judge Block entitled <u>United States v Joseph Petillo,</u> 11-CR-791 (FB).  The Government and Mr. Petillo have entered into a plea agreement that calls for Mr. Petillo to plead guilty to the one count in the indictment and to ultimately plead to a violation of supervised release.  It is my understanding that the Probation Department will be filing a violation in the near future.

  Judge Block has agreed, pending Your Honor's approval, to handle both the underlying case and Violation of Supervised Release. Judge's Block's chambers indicated the he would sentence Mr. Petillo, at the same time, for the violation and underlying indictment.

  I thank you in advance for your consideration of this request.

              Very truly yours,

              Scott E. Leemon

cc: Honorable Frederic Block (via ECF)
   AUSA Elizabeth Geddes (via ECF)
   AUSA Allon Lifshutz (via ECF)
   Sr. USPO Richard Azarian (via email)